# RECONSIDERATION OF PRIOR DECISIONS

**2009–0015.   Spitznagel v. State Bd. of Edn.**
Franklin App. No. 07AP–757, 2008-Ohio-6080. Reported at 126 Ohio St.3d 174, 2010-Ohio-2715, 931 N.E.2d 1061. On motion for reconsideration. Motion denied.

O'DONNELL and CUPP, JJ., dissent.

**2009–2287.   State ex rel. Layshock v. Moorehead.**
Trumbull App. No. 2009–T–0076, 2009-Ohio-6039. Reported at 124 Ohio St.3d 1471, 2010-Ohio-354, 921 N.E.2d 244. On motion for reconsideration. Motion denied.

**2010–0451.   In re J.V.**
Cuyahoga App. No. 92869, 2010-Ohio-71. Reported at 125 Ohio St.3d 1448, 2010-Ohio-2510, 927 N.E.2d 1128. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent.

**2010–0465.   State v. Adkins.**
Delaware App. No. 09 CAA 02 0012, 2010-Ohio-307. Reported at 125 Ohio St.3d 1448, 2010-Ohio-2510, 927 N.E.2d 1128. On motion for reconsideration. The motion is granted to the following extent: The discretionary appeal is accepted on Proposition of Law No. II.

LUNDBERG STRATTON, J., would also grant the motion as to Proposition of Law No. I.

PFEIFER, LANZINGER, and CUPP, JJ., dissent.

**2010–0487.   State v. McClellan.**
Allen App. No. 1–09–21, 2010-Ohio-314. Reported at 125 Ohio St.3d 1449, 2010-Ohio-2510, 927 N.E.2d 1128. On motion for reconsideration. Motion denied. Motion for findings of fact and conclusions of law denied as moot.

**2010–0498.   State v. Roberts.**
Cuyahoga App. No. 92789, 2010-Ohio-156. Reported at 125 Ohio St.3d 1449, 2010-Ohio-2510, 927 N.E.2d 1128. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2010–0546.   Cooper v. Securities Serv. Network, Inc.**
Lucas App. No. L–09–1127, 2010-Ohio-463. Reported at 125 Ohio St.3d 1450, 2010-Ohio-2510, 927 N.E.2d 1129. On motion for reconsideration. Motion denied.

**2010–0547.   State v. Brooks.**
Montgomery App. No. 23386, 2010-Ohio-1119. Reported at 125 Ohio St.3d 1450, 2010-Ohio-2510, 927 N.E.2d 1129. On motion for reconsideration. Motion denied.

**2010–0584.   Abubaker v. Zukowski.**
Franklin App. No. 10AP–148. Reported at 125 Ohio St.3d 1463, 2010-Ohio-2753, 928 N.E.2d 738. On motion for reconsideration. Motion denied.

**2010–0652.   State v. Krug.**
Lake App. No. 2008–L–085. Reported at 125 Ohio St.3d 1464, 2010-Ohio-2753, 928 N.E.2d 739. On motion for reconsideration. Motion denied.

LANZINGER, J., not participating.